IN THE COMMON PLEAS COURT
PREBLE COUNTY, OHIO

FILED
PREBLE COUNTY, OHIO

2022 JAN 18 PM 3: 15

BRIONNE REYNOLDS
CLERK OF COURTS

| | | |
|---|---|---|
| **ADAM M GLOWKA,** | :: | **Judge Stephen Bruns** |
| **Plaintiff,** | :: | **CASE NO.:** 22CV032383 |
| **v.** | :: | **COMPLAINT** |
| **ASSISTANT PROSECUTOR** | :: | **-DEMAND FOR A JURY TRIAL-** |
| **ERIC E MARIT, ET. AL.** | :: | |
| **Defendants.** | :: | |

I hereby certify the within to be a True
Copy of the Original Filed
with me Jun 18, 2022

Brionne Reynolds
Preble County Clerk of Courts

By _____ Deputy

For his First Complaint, Plaintiff Adam M Glowka, pro se states as follows:

> "*Nothing can destroy a government more quickly than
> its failure to observe its own laws, or worse, its disregard
> of the charter of its own existence.*" MAPP V OHIO 367 U.S. 643

## PRELIMINARY STATEMENT

1. This case arises out of the Malicious Prosecution used by Assistant
   Prosecuting Attorney Eric E. Marit (#0084281) from around June 3rd of
   2021 until December 21, 2021, and the Outrageous Government Conduct
   used by the Eaton Police Division through Detective Brian Carpenter
   (111P), Officer John Nickell (205P), Officer Eversole, and two (2) another
   Officer's unknown from June 3rd 2021 to present. Mr. Glowka brings this
   action to secure fair compensation and to encourage defendants and others

similarly situated to refrain from the use of Malicious Prosecution and Outrageous Government Conduct in the same or similar situations in the future.

## PARTIES

2. Mr. Glowka is and at all relevant times a resident of the State of Ohio, residing within Preble County, City of Eaton at 102 Snapdragon Drive.

3. Eric E. Marit, was at all times relevant to this action a prosecuting attorney for the State of Ohio. He is sued in his Individual and Official Capacities.

4. Detective Brian Carpenter, Was at all times relevant to this action a Police Officer for the Eaton Police Division. He is sued in his Individual and Official Capacities.

5. Officer John Nickell, was at all times relevant to this action a Police Officer for the Eaton Police Division. He is sued in his Individual and Official Capacities.

6. Officer Eversole, was at all times relevant to this action a Police Officer for the Eaton Police Division. He is sued in his Individual and Official Capacities.

7.  Officers that are unknown, were at all times relevant to this action a Police
    Officer(s) for the Eaton Police Division. They are sued in their Individual
    and Official Capacities.

## FACTS

### A. Defendant's Outrageous Government Conduct

8.  On June 8, 2021 Detective Brian Carpenter attempted to contact Mr. Glowka
    by coming to his last known address, 102 Snapdragon without a warrant to
    interview Mr. Glowka.

9.  Upon arrival, at 1003 Hours, Detective Carpenter clearly sat in front of the
    residence in his Eaton Police Division un-marked Police vehicle, namely a
    Chevy Impala, for exactly 13 minutes and 42 seconds prior to knocking on
    the door.

10. Upon the arrival of an additional marked Police vehicle at 1016 Hours and a
    uniformed officer, to wit: Officer Eversole;

11. Detective Brian Carpenter and Eaton Police Officer Eversole approached the
    Front Door of the residence.

12. Inside the residence was Mr. Glowka's Fiancé, Heidi Jackson and his 10-
    month-old Baby Girl, Erica Glowka, quietly watching TV and laying down
    for the morning nap of Glowka's infant Baby.

13. While Miss Jackson did not have any idea what was about to happen, and she was understandably scared as the following events took place.

14. Immediately upon arrival to the front door area, One of the Officers loudly banged on the door, shaking the entire wall and made Miss Jackson's privacy, Sense of Security within her own home, and among other aspects feel deeply violated.

15. Miss Jackson, clearly scared and shocked at the officer's outrageous conduct, jumped clearly off of the couch frightened, and restrained the Boxer puppy and answered the door.

16. Miss. Jackson opened the door.

17. The Officers immediately stated that they "can smell it", and then asked of Mr. Glowka's whereabouts.

18. Miss Jackson *respectfully* explained that Mr. Glowka was at work and that she can have him call them directly.

19. Detective Carpenter stated that he had Miss Jackson and Mr. Glowka on Video Preparing and smoking marijuana with Mr. Glowka's children and that he already had charges of "TRAFICKING IN DRUGS, CORRUPTING A JUVENILE WITH DRUGS, POSSESSION OF MARIJUANA, CONTRIBUTING TO THE DELINQUENCY OF A MINOR, AND PERMITTING DRUG ABUSE" and also that they were going to eventually conduct a search warrant, charge the kids and possibly her.

20. Undoubtedly Miss Jackson was shocked, and knew if there were *already* charges, any statements would also be undoubtedly used in any proceeding as to why they were there.

21. Miss Jackson, did not deny the charges, *or did she have to*, and protected by the Constitution she did something many people should practice and remained silent once informed of the situation, pending charges and potential seriousness of the allegations, including a search warrant, *politely and respectfully* advised the Detective and Officer that Mr. Glowka would call them directly.

22. At that point Detective Carpenter left his Business card with Miss Jackson and the Officers left.

23. Miss Jackson clearly felt unsafe, embarrassed and humiliated, and contacted Mr. Glowka at his workplace.

24. Mr. Glowka immediately contacted Detective Carpenter, being *very respectful*, attempting to cooperate but not release his constitutional rights as due to him as a US Citizen.

25. On June 8th, 2021 Adam M Glowka contacted Detective Carpenter, and exercised his right to remain silent about any crimes, but was *fully cooperative and respectful*.

26. Detective Carpenter, while attempting to fiddle with his recording device, eventually became successful in recording such conversation.

27. Mr. Glowka asked why a Search Warrant was going to be conducted and that he was willing to cooperate in order to prevent damage to his residence or embarrassment.

28. Detective Brian Carpenter did not, at that time, state that A Search Warrant *would not be* conducted, and acted as if it was futile.

29. Detective Carpenter stated that it would be in Mr. Glowka's best interest to come to the Eaton Police Division for an Interview, with promises of alleged potential leniency with the prosecutor down the road.

30. Mr. Glowka felt as though he was being set-up and there was potentially an ambush waiting for him at the police station, as an act of Déjà vu.

31. Mr. Glowka, *very respectfully* acknowledged his advice and was having a very hard time hearing Detective Carpenter, and Mr. Glowka asked for a different number.

32. The conversation went from a Landline (*937-456-5531*) to a cell line, (*937-430-2215*) and on this recording Mr. Glowka has, Detective Carpenter *politely* informing Mr. Glowka that he would receive something in the mail and that it was solely up to the Prosecutor, but "*due to his [Mr. Glowka's] record* it didn't look great but it was up to them" [Prosecutor].

33. Detective Carpenter further discussed the case with Mr. Glowka and spoke that "The child's mother was the one filing" and that his "hands were tied".

34. Mr. Glowka further emphasized that he wanted to cooperate because he didn't want a search warrant conducted and/or his property destroyed.

35. Detective Carpenter stated at this time that there *was not* going to be a search warrant conducted at this time,now.

36. Clearly in contradiction, Mr. Glowka was confused and under the impression that a search warrant *was* going to be conducted, *with no probable cause albeit*, as Miss Jackson just informed him that Detective Carpenter stated directly to Miss Jackson that a Search Warrant *would in fact* be conducted.

37. This caused Mr. Glowka severe anxiety and panic in regards to his and his families well-being and safety.

38. The also caused Mr. Glowka Emotional Distress, Mental Anguish and Paranoia that there would be another violent police confrontation, as in his past with Montgomery County Sheriff's Office, that resulted in Surgeries, Trauma and a Settlement due to the extensive damages.

39. When Mr. Glowka finally ended the call with Detective Carpenter, he was set to meet with an unknown Officer Nickells at 2000 hrs. on June 9th 2021.

40. Being completely innocent, feeling as though his rights are being violated and not understanding what was going on, Mr. Glowka contacted his

attorney (pro se) and agreed that there was no incentive whatsoever to cooperate any further and that the Police conduct thus so far was already Disrespectful, Against the Standards of Professional Conduct and lackadaisical at best.

41. Mr. Glowka, again exercised his Fifth Amendment Rights under the US Constitution, and again *respectfully and politely* responded, this time by email, directly to Officer John Nickell, Eaton Police Division, informing him that it would be a waste of time to meet and discuss this case because he had nothing to say.

42. This undoubtedly irritated the Eaton police, namely Detective Carpenter.

## B. Defendant's Malicious Prosecution

43. On June 10 2021, the Eaton Police Division forwarded a report to the Preble County Prosecutor's Office, and Eric E. Marit from that Office, was supposed to investigate.

44. On or about July 5th and 6th, 2021, Eric E Marit knowingly and intentionally convened a Grand Jury about a Statement made by Mr. Glowka's Ex-girlfriend (Rebekah Michaels aka Rebekah Vest), whom he does not reside

with, but has 3 minor children with, and had (2) two Emergency Motions

for Child Custody ink still drying and all the motive in the world for potential

reckless disregard for the rights of Mr. Glowka, and sabotage.

45. In the Court of Common Pleas for Preble County, Mrs. Michaels has already

been found to have abused the process of the Judicial System by the

Honorable Judge Abruzzo in 2005.

46. Mrs. Michaels did not have custody of any children during the times

relevant, and only obtained custody since as a result of this Malicious

Prosecution.

47. The statements, were fruits of several videos that Rebekah Michaels

instructed her daughter, B.G. to take, in an attempt to gain custodial status,

and thus Social Security and Child Support Payments as well.

48. Eric E Marit failed to consider the veracity of the statements made to the

Eaton Police Division.

49. Due to Mr. Glowka's prior criminal record, Eric E Marit still pursued an

Indictment and knew of the potential false statements, preplanned attack

or misleading information, or dutifully should have known.

50. If one is found to have misrepresented facts, or had reckless disregard for

the truth, especially with all the heavily weighing factors of sabotage, the

fruits are usually tainted and a ***Franks*** hearing would clear that up, here: 4

felony charges were indicted and Mr. Glowka's rights were the last thing on

Eric E Marit's conscience when persuading a Respectable Grand Jury.

51. Mr. Glowka's rights to due process of the law were violated.

52. Mr. Glowka suffered from the intentional infliction of emotional distress

from the Preble County Prosecutor's Office, To Wit: Eric E Marit.

53. An Indictment was returned without any scientific evidence to prove guilt.

54. Mr. Glowka suffered from these injuries.

55. Mr. Glowka never received anything in the mail, as Detective Carpenter last

told him.

## C. Additional Outrageous Government Conduct and Unlawful Search and Seizure

56. On Tuesday July 6th 2021 at approximately 1927 Hours, on a quiet evening

after dinner, Miss Jackson was sitting on the Family Home's couch at 102

Snapdragon Drive Eaton, Ohio and looked up to see a man pressing his face

on the small window at the *very* top of the front exterior door to her home,

her place of familial safety and where she sleeps, eats, bathes and raises

her children; where she should be able to have *reasonable expectation of*

*privacy*. Her beloved Home and her sense of safety and security was undoubtedly stripped and ravaged, again.

57. Mr. Glowka's rights under the Ohio Constitution Article I, Section 14

58. This caused Miss Jackson to suffer immediate anxiety and panic, causing a severe reaction from her constant suffering of Post-Traumatic Stress Disorder.

59. Miss Jackson's Boxer Puppy, the protector of the home, was barking and also scared and alert due to the intruder.

60. The Man pressing his face into the over 6' high window at the very top of the door began to loudly bang on the Home's Front Door, shaking the glass on the windows, knocking a picture of the wall.

61. This again shook the walls and front Glass Window, and caused panic within the quiet neighborhood and Home.

62. The knock was well-beyond a normal knock on a door.

63. The intensity knocks and subsequent banging was an act for which English words do no justice.

64. Miss Jackson became frantic and visibly nervous, as her safety and security was being ripped form her, she opened the door and stated Loudly "What are you doing?  You scared me!".

65. The Officer said loudly "We are here for Adam, we know he is here, send him out, he is going to jail tonight".

66. Miss Jackson was trying to calm her dog down and stepped outside, *briefly*.

67. The officer stated "We Know he is here we have a warrant for his arrest"

68. The dog was aggressively barking and growling inside at the interior of the home's door.

69. Miss Jackson stated, "Hold on, let me get my dog" as the dog was minimally growling and barking at the person that was just peeking through the windows and banging on the door and yelling, very rudely and obnoxious.

70. As Miss Jackson retreated into the home with the Family dog, she shut the Dog it in the Bedroom towards the back of the home and now could hear her 11-month-old baby crying in fear and visibly shaken due to being awoke from such the incredibly loud violent frightening banging and slamming.

71. The Officers Continued to viciously bang on the door and loudly yell and holler throughout the front yard.

72. At no time was there consideration, discretion or respect for the neighbors even considered, rather it was obviously the mission objective to be to create a spectacle and a "dog and pony" show in attempts to further completely ridicule and shame Mr. Glowka and Miss Jackson, due to Mr.

Glowka's prior history with Eaton area Police, his prior criminal record, the absence of the ability of the Preble County Prosecutors Office to secure a lengthy sentence, as well as his Disabilities.

73. The actions of the government were clearly retaliatory, malicious and outrageous.

74. At 1018 Hours When Miss Jackson returned to the front Living Room the Front door was jarred all the way open and the Officer unlawfully had his foot into the doorway, peering his head in looking around.

75. Miss Jackson, clearly and understandably upset, said *"What are you doing? you are scaring me, my dog and my baby and he is not home"* and closed the door in the Officer's face, as he removed his foot from the doorway.

76. Immediately the officer's started yelling and saying angrily and loudly *"We are going to call children services Heidi"* and *"We know he is in there"*, *"we are going to file obstruction charges Heidi"* *"Adam Come out, we are not leaving"*, *"If you don't come out of the house, we are getting a search warrant"* from all sides of the house, peering through windows and cracks in blinds, at times yelling directly into the babies sleeping room scaring her and making her cry and shake uncontrollably.

77. As the Actions were with reckless disregard of the Constitution, several neighbors were shocked and thus concerned with Miss Jackson's Well-being.

78. Miss Jackson suffered from an emotional episode and caused her severe depression and feelings of inferiority severely in the days following, but also continued for several weeks after.

79. This type of Outrageous Conduct from the Eaton Police Division, Officers unknown (at this time) lasted for over 24 minutes and numerous Units sat in front of the neighborhood for 4 days.

80. Mr. Glowka, as a completely and actually innocent *equal human being*, reported to the Common Pleas Court and turned himself in to further proclaim his innocence.

81. Due to Mr. Glowka's Diagnosis of PTSD, General Anxiety Disorder, and other serious issues, Mr. Glowka's Mental Health was severely jolted and he suffered gratuitous reactions and episodes.

82. Mr. Glowka, as a matter of description cannot find the right words in the English language to suffice for how he felt when the under-lying basis for his PTSD was causing a direct aggressive attack on his home and family.

83. Mr. Glowka lost trust and his Highest stance in the Company Supervisor Position scheme for not being able to show up for work during a large project meeting with Inspector's in Oakwood, Ohio, due to a Malicious Prosecution, based upon my prior record and disabilities.

84. Mr. Glowka had to miss his Employment due to the nature of the Malicious Prosecution on July 7th, 8th,9th, 12th,19th,20th. As well as August 25th, and a partial day on October 18th, all in the 2021 Year.

85. Mr. Glowka felt ashamed to return to Narcotics Anonymous as he had the Malicious and Unlawful recent "drug charges" in a small town, he was innocent for, but looked extremely guilty due to the outrageous conduct by the Eaton Police Division and Preble County Prosecutor,

86. Mr. Glowka, sat in shame and embarrassment while the Honorable Judge Bruns read the Indictment in open court.

87. This made Mr. Glowka feel embarrassed and ashamed at no fault of his own. This is especially true given he has changed his life and works hard to stay drug and crime free.

88. Mr. Glowka lost trust and respect from his Employer and Employees at a Local Well-Known Christian Based Company due to these fraudulent charges and upcoming trial.

89. The loss of this type and level of trust cannot be replaced for Mr. Glowka, not with Punitive, Compensatory or even Exemplary Relief.

90. Miss Jackson and the children (A.G & B.G) were "*Selectively*" never charged for a felony for misdemeanor charge.

91. Mr. Glowka's record was used for selective prosecution to become the underlying basis for the *Malice* in the Prosecution.

92. Miss Jackson has been attending medical appointments due to her severe increase in anxiety and panic attacks since this incident, requiring new medications and additional appointments.

93. Mr. Glowka has missed a minimum total of approximately 75+ Hours of Work due this Malicious Prosecution and Outrageous Government Conduct.

94. Mr. Glowka has suffered a substantial financial loss of respected customers who Pay Mr. Glowka for Services rendered, due to the Malicious Indictment, filed by Eric E Marit.

95. Mr. Glowka was represented by counsel, who is not a party in this instant matter.

96. Throughout the *entire* proceeding, Mr. Glowka maintained his *innocence* and made sure his Counsel knew that pleading guilty to **anything** was not

going to happen seems Mr. Glowka was *actually innocent, "*not even a non-payable ticket" he told his attorney.

97. Mr. Glowka, obviously innocent clearly wanted his constitutional guarantee of an impartial and speedy trial.

98. Mr. Glowka's Counsel *apparently* did not get that memo.

99. The State as a further disrespectful slap in the face, offered a Plea Deal, comically, which was guilty to (2) two felony charges, in return for *nothing* in essence, as they were also allied offenses.

100.   Mr. Glowka's Counsel stated, However, falsely albeit, that the Judge "could not even send [you] to prison on these charges".

101.   When Mr. Glowka, attempted to explain to the counsel that he could, Mr. Glowka's Attorney stated "the judge said he wouldn't send [you] to prison on these charges then".

102.   However, Mr. Glowka would not plead guilty to something he was innocent of.

103.   Mr. Glowka requested a Jury Trial and instructed his Counsel to prepare for such.

104. Eric E Marit never offered a better plea deal, even after exculpatory **BRADY** evidence was submitted and, due to Mr. Glowka's record, maliciously continued to pursue a conviction.

105. There was never a better offered plea deal, based upon Mr. Glowka's record, rather than the strength of the case.

106. The Malicious Prosecution continued at the cost of Mr. Glowka, with no alacrity for Due Process or Justice.

107. Mr. Glowka's outrage was deserved and his reputation within the recovery community and the positive ties Mr. Glowka worked had to make in the local community were now turning their back on Mr. Glowka, to his sincere hurt and dismay.

108. The charges, bogus as they were, Mr. Glowka wanted and needed them, as well as was demanding that they be dismissed as soon as possible to prove to society and his loved ones that he was not what they are saying.

109. This continues to cause anguish mentally for Mr. Glowka.

110. Mr. Glowka was, in all times relevant, severely over-stressed and suffered due to the Plaintiff's Action.

111. Mr. Glowka also suffers from Depression due to this aspect of the damages.

112.    Eric E Marit either failed to properly investigate the veracity of the

complaints, misrepresented facts or had reckless disregard for the truth

when this case was presented to the Grand Jury.

113.    Eric E Marit failed to find probable cause to effectuate a

constitutional prosecution.

114.    Eric E Marit initiated, procured and continued a Malicious

Prosecution that was causing an undue hardship on Mr. Glowka in many

facets.

115.    Mr. Glowka feels that all courts shall be open, and every person, for

an injury done him in his land, goods, person, or reputation, shall have

remedy by due course of law, and shall have justice administered without

denial or delay.

116.    The entire proceeding was in tandem to a pre-planned Custody

Motion filed the day after the original police report in the same Court by

the Complainant for the criminal case, Rebekah Michael.

117.    On December 9th 2021 Mr. Glowka's counsel advised him that now,

after months of stalling, the case *would be dismissed*, after the months of

severe damage has been done.

118. The Custody Hearings have already been ruled on which also redirected child support payments and a lump sum payment as well.

119. The Prosecution was undoubtedly delayed in dismissing based upon Mr. Glowka's prior record

120. Currently, Miss Jackson and Mr. Glowka are experiencing shame, humiliation, not being able to explain to their children, parents, other family members, as well as the local community and neighbors, who only remembers seeing the large police presence and Police walking through the yard, at night yelling loudly in the front and back yards, in a well-respected neighborhood.

121. Mr. Glowka is currently in fear for further Police Misconduct as a result of this filing.

122. Mr. Glowka has documented Post Traumatic Stress Disorder with the underlying Traumatic experience being that of prior Excessive use of force on more than 3 documented occasions.

123. Mr. Glowka not only experiences the PTSD, but also is an American with a Disability due to this, as defined under the Americans with a Disability Act (ADA).

124. Mr. Glowka currently receives SSDI for these disabilities, et al.

125.     Mr. Glowka's children's visitation was discontinued due to this

maliciousness, recklessness and fictitious charges, by and through the

Preble County Prosecutor's Office to wit: Eric E Marit

126.     Mr. Glowka's Custody Status of his children was determined in the

time span of this case due to Emergency motions for custody, due to these

Selectively prosecuted Indicted charges.

127.     Due to the extended length of time of the case and the failure for the

prosecutor to dismiss in a timely manner, caused undue injury and loss of

visitation and custody status.

128.     As of January 3rd 2022, the online court docket for Preble County

Clerk of Courts shows, not only this case existing, but (still) currently

showing open, regardless of the docket filings and true status.

129.     This has caused additional forms of action and injury in the totality of

the circumstances of Mr. Glowka's situation.

130.     When as a matter of public record, people inquire into Mr. Glowka's

recent criminal history, this case shows a 2020 date of filing, and (still)

currently open, this *drastically* effects Mr. Glowka's integrity, history and

Mr. Glowka's charter of his commitment to change.

## D. Policies, Customs and Capable Conduct

131.    Defendants chose the time, place and manner for the investigation, or lack thereof, arrest, or attempt and Official Business.

132.    Defendants acted negligently, recklessly, wantonly, willfully, knowingly, intentionally, and with deliberate indifference to the safety and Rights of Mr. Glowka and his family.

133.    Defendant's Outrageous Conduct and Unlawful Search and Seizure violated clearly established law.

134.    Defendant's Malicious Prosecution, by way of Selective Prosecution, Due Process Violations, Failure to Investigate, Intentional Delay, Intentional Infliction of Emotional Distress violated clearly established law.

## E. Harm to Mr. Glowka

135.    Mr. Glowka has been severely harmed due to the Malicious Prosecution and Outrageous Government Conduct. He has suffered financial loss, respect from others, trust, Employment Position, His name

has been dragged through the mud, suffered from extreme fear and

distress, magnifying his current Mental Health Struggles.

## FIRST CAUSE OF ACTION: CLAIM FOR MALICIOUS PROSECUTION

136.     The above paragraphs are incorporated herein by reference.

137.     Defendants intentionally and maliciously prosecuted and attempted

to wrongfully convict Mr. Glowka, with reckless disregard if the Ohio

Constitution, et al.

## SECOND CAUSE OF ACTION: CLAIM FOR OUTRAGEOUS GOVERMENT CONDUCT

138.     The above paragraphs are incorporated herein by reference.

139.     Defendants intentionally and maliciously violated the Fourth

Amendment of the US Const., Article I, Section 14 Ohio Constitution, was

just plain and simple wrong, et al.

140.     Defendant's intentionally and maliciously threatened to violated the

Constitutional Rights, US and Ohio, to Mr. Glowka and Miss Jackson.

**JURY DEMAND**

141.     Mr. Glowka respectfully requests a jury trial on all claims triable to a

jury.

Wherefore, Mr. Glowka prays that this Court

A. Award Mr. Glowka compensatory damages in an amount to be shown at

trial;

B.     Award punitive damages against the Defendants in an amount to be

shown at trial;

C. Award Mr. Glowka reasonable Attorney Fees, costs and disbursements

under the Ohio Revised Code Section 2743.65.

D. Award Mr. Glowka pre-judgement interest; and

E. Grant Mr. Glowka such additional relief as the Court deems just, necessary

or proper.

RESPECTFULLY SUBMITTED,

ADAM M GLOWKA

## **CERTIFICATE OF FACTS**

I, Adam M Glowka, do hereby certify under Penalty of Perjury as delineated under 28 U.S.C. Section 1746 that all facts contained herein are 100% true and accurate to the best of my personal knowledge, and that I am competent to testify to such.

Respectfully Submitted,

Adam M Glowka

## **CERTIFICATE OF SERVICE**

I, Adam M Glowka, hereby swear under penalty of perjury as delineated under 28 U.S.C. Section 1746 that I have mailed, by Regular US MAIL, one original true copy of the respectful letter to the clerk, Civil Cover Sheet, Complaint, FORM 20. CIVIL FEE WAIVER AFFIDAVIT AND ORDER, and the Motion to Appoint Counsel, for the Clerk of the Common Pleas Court to thankfully file on the E-File System to deliver a copy to all other parties, whom can participate in the E-File System.

Respectfully Submitted,

Adam M Glowka